JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ORANGE STREET HOLDINGS, INC., <br> *Plaintiff*, <br> v. <br> MARSHALL EICHENAUER, <br> *Defendant*. | Case No. 2:24-cv-10174-MWF(MARx) <br><br> **JUDGMENT** |

Pursuant to the parties' Stipulation for Entry of Judgment (Docket No. 26), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that**:**

1. JUDGMENT IS HEREBY ENTERED against Defendant Marshall Eichenauer on each of the claims for relief in Plaintiff's Complaint;

2. This Judgment shall be entered against Defendant whose address is 1489 Glenneyre Street, Laguna Beach, CA 92651, and in favor of Plaintiff in the amount of One Hundred Forty-Three Thousand Dollars ($143,000) less the amounts previously paid by the Defendant to the Plaintiff as set forth in the declaration of Plaintiff's counsel;

///

///

3. Plaintiff is entitled to interest on the amount of this Judgment and attorneys' fees in connection with enforcement of this Judgment.

Dated: April 7, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge